**Timothy G. NORMAN, Plaintiff—Appellant,**

v.

**Elexia CRAIG; Rashad Royster; Correctional Officer Broummel; Sergeant Thomas Joyner; Dennis Rowland, Defendants—Appellees.**

No. 09–6162.

United States Court of Appeals, Fourth Circuit.

Submitted: April 22, 2009.

Decided: May 11, 2009.

Timothy G. Norman, Appellant Pro Se. Elizabeth F. Parsons, Assistant Attorney General, Oliver Gray Wheeler, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy G. Norman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Norman's motion for appointment of counsel and affirm for the reasons stated by the district court. *Norman v. Craig,* No. 5:07–ct–03128–H (E.D.N.C. Jan. 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*